**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Jesus Imaldo ARIAS-LOPEZ,**
**Defendant-Appellant.**

No. 16-10206

United States Court of Appeals,
Ninth Circuit.

Submitted April 11, 2017 *

Filed April 18, 2017

ed by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

Jesus Imaldo Arias-Lopez, Pro Se

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

## MEMORANDUM **

Jesus Imaldo Arias-Lopez appeals from the district court's judgment and challenges his guilty-plea conviction and 27-month sentence for being an alien in possession of ammunition, in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Arias-Lopez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arias-Lopez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Arias-Lopez waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

We remand the case to the district court with instructions to delete "firearm" from the description of the offense and to

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

amend the judgment to reflect the correct Bureau of Prisons's Register Number for Arias-Lopez, which is 51277-408.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED; REMANDED to correct the judgment.**

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED; REMANDED to correct the judgment.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.